AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E. | WESTERN DISTRICT VIRGINIA | 04/28/2003 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE NOMINEE | X Nomination, Date 04/28/2003<br><br>___ Initial  ___ Annual  ___ Final | 01/01/2002<br>to<br>04/28/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 210 FRANKLIN RD - ROOM 320<br><br>PO BOX 2822<br><br>ROANOKE, VA  24001 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CONRAD, GLEN E. | Date of Report<br>04/28/2003 |
| --- | --- | --- |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2003 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 American Electric Power CS | B | Dividend | K | T | | | | | |
| 2 VA State Housing Dev Author Multi Family Dwell Rev Bonds | A | Interest | | | | | | | |
| 3 Conoco Corp CS (formerly Phillips Petroleum Co) | A | Dividend | K | T | | | | | |
| 4 Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 5 Dominion Resources CS | A | Dividend | J | T | | | | | |
| 6 Home/2 lots, Pulaski Co, VA | | None | M | Q | | | | | |
| 7 Suntrust Banks, Inc. LS | B | Dividend | M | T | | | | | |
| 8 CSX Corp CS | A | Dividend | J | T | | | | | |
| 9 Chevron Texaco Corp CS | B | Dividend | K | T | | | | | |
| 10 St. Paul's Companies CS | A | Dividend | J | T | | | | | |
| 11 JP Morgan Chase & Co CS | A | Dividend | K | T | | | | | |
| 12 Glaxo Smithkline CS | A | Dividend | K | T | | | | | |
| 13 Merck & Co. Inc. CS | A | Dividend | K | T | | | | | |
| 14 Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 15 Verizon Communications CS | B | Dividend | K | T | | | | | |
| 16 Hanover Co IDA Revenue Bonds | A | Interest | | | | | | | |
| 17 Quest Communications | A | Dividend | J | T | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2003 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 AT&T Corp CS | A | Dividend | J | T | | | | | |
| 19 Roanoke, VA IDA Revenue Bonds | A | Interest | | | | | | | |
| 20 First Fin Fund, Inc. (Mutual Fund) | A | Dividend | L | T | | | | | |
| 21 Bell South Corp CS | A | Dividend | K | T | | | | | |
| 22 Wachovia Corp CS | A | Dividend | K | T | | | | | |
| 23 FBR X | | None | K | T | | | | | |
| 24 Wachovia Bank X | | None | L | T | | | | | |
| 25 Vacation home (1/5 interest) | | None | M | Q | | | | | |
| 26 Gateway Inc CS | A | Dividend | J | T | | | | | |
| 27 Abbott Laborataories CS | A | Dividend | J | T | | | | | |
| 28 Pfizer Inc CS | A | Dividend | J | T | | | | | |
| 29 AT&T Wireless Services CS | | None | J | T | | | | | |
| 30 Comcast Corp CS | | | J | T | | | | | |
| 31 Franklin VA Tax Free Income Fund (X) | B | Dividend | M | T | | | | | |
| 32 FBR Virginia Tax Free Bond Fund (X) | B | Dividend | M | T | | | | | |
| 33 NY Life Continued Interst Account (X) | A | Dividend | M | T | | | | | |
| 34 Suntrust Money Market (X) | A | Dividend | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 House/lot (X) | | None | | | sell | 3/03 | M | | G. Morgan |
| 36 Stamp collection (X) | | None | L | W | | | | | |
| 37 Coin collection (X) | | None | J | W | | | | | |
| 38 ScottTrade Money Market | | Dividend | K | T | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Section VII.

VII. (INVESTMENTS and TRUSTS)
Line #6 - Appraisal date - May 2, 2001

Line #23 and #24 - Spouse joint ownership w/parent
Line #25  Appraisal date September 1999

Line # 35  Appraisal date July 2002

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | CONRAD, GLEN E. | 04/28/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Section VII.

VII. (INVESTMENTS and TRUSTS)
Line #6 - Appraisal date - May 2, 2001

Line #23 and #24 - Spouse joint ownership w/parent
Line #25  Appraisal date September 1999

Line # 35  Appraisal date July 2002

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CONRAD, GLEN E. | Date of Report<br>04/28/2003 |
| --- | --- | --- |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____   Date  4-28-03

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544